# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUIS CASTRO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-2117** |
| **UNITED STATES OF AMERICA, ET AL.** | **SECTION: "I"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Louis Castro, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 20th day of April, 2017.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**